# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**JEREMY JONES,**

    **Appellant,**

                                                 USCA No. 23-12178

v.                                             USDC No. 8:22-cv-231

**DAVID CEINSKI, JR.,**

    **Appellee,**

_____/

## APPELLEE, DAVID CEINSKI, JR'S AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE ANSWER BRIEF

Appellee, David Ceinski, Jr., ("Ceinski"), through counsel, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 31-2(c), files this amended motion, asking the Court for a thirty-five (35) day extension of time in which to serve his Answer Brief ("Answer Brief"). In support of this amended motion, the Appellee states:

1. Appellant filed his initial brief on November 29, 2023, making the Appellee's Answer Brief due on December 29, 2023.

2. Appellee requests a thirty-five (35) day extension of time, to February 2, 2024, to file his Answer Brief.

3. Counsel for the Appellee has been unable to devote the required amount of time to prepare a fully appropriate brief in response to that of Appellant,

as well as the two subsequent amicus briefs, principally due to numerous professional commitments requiring attention by counsel for the Appellee, thereby preventing counsel from investing the time necessary to prepare and file an appropriate brief.

4. The undersigned counsel has contacted the attorneys for the Appellant, who have stated they have no objection to the requested extension.

5. It is respectfully submitted that the enlargement of time requested will not delay the expeditious administration of this action.

6. This motion is not filed for the purposes of delay and will not prejudice any party in this action.

7. Appellee filed the original motion seeking the relief sought here on December 20, 2023, and inadvertently filed a certificate of interested persons and corporate disclosure statement separately on the date, instead of incorporating the certificate into the subject motion. The amended motion seeks the same relief as the initial motion and only adds the following certificate of interested persons and corporate disclosure statement.

Wherefore, the Appellee respectfully requests this Court grant this unopposed motion for extension of time to file his Answer Brief, up to and including February 2, 2024.

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Rule 26.1(a):

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Sarasota County**
Scott Bossard, Esquire
Assistant County Attorney
Joshua B. Moye, County Attorney
Office of the County Attorney
1600 Ringling Boulevard, Second Floor
Sarasota, FL 34236

Kurt A. Hoffman
Sheriff of Sarasota County
6010 Cattleridge Boulevard
Sarasota, FL 34232

David Ceinski, Jr.
6010 Cattleridge Blvd.
Sarasota, FL 34232

David W. Smith. Esquire
Attorney for Plaintiff Jeremy Jones
5020 Clark Road., #412
Sarasota, FL 34233

Jeremy Jones
5020 Clark Rd., #412
Sarasota, FL 34233

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee in bankruptcy cases:

Sarasota County Sheriff's Office
6010 Cattleridge Blvd
Sarasota, FL 34232

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Jeremy Jones
5020 Clark Rd., #412
Sarasota, Florida 34233

I hereby certify that, except as disclosed above, I am unaware of any actual or potential Conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

Joshua B. Moye, County Attorney
Scott T. Bossard, Assistant County Attorney
Florida Bar No. 0038407
Attorney for Appellee Ceinski
Office of the County Attorney
1660 Ringling Boulevard, Second Floor
Sarasota, Florida 34236
Telephone: (941) 861-7272
Facsimile: (941) 861-7267
E-Mail: sbossard@scgov.net

BY: /s/ Scott T. Bossard
    Scott T. Bossard
    Assistant County Attorney

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been Electronically filed with the Clerk of Court using the EM/ECF System and sent this 27th day of December 2023 via electronic mail and first-class mail to:

Appellant, c/o
Arielle Humphries, Esquire
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
ahumphries@naacpldf.org

BY: /s/ Scott T. Bossard
    Scott T. Bossard
    Assistant County Attorney