**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                                  In Replying Give Number
Clerk                                                                                                                    Of Case and Names of Parties

October 3, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **FEBRUARY 24, 2025, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

                                                                **JENIFER TUBBS**
                                                                Court Sessions Supervisor
-----------------------------------------------------------------------------------------------------------------------------------

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #9.***

| | |
|---|---|
| 23-10755 | United States v. Ralph Tovar (REVISED ARGUMENT DATE) |
| 22-12515 | James Riley v. Tesla, Inc. (REVISED ARGUMENT DATE) |
| 23-12567 | Certain Underwriters at Lloyd's of London v. Empress Marine Ventures Ltd. |
| 23-14050 | UBS Financial Services Inc., et al. v. Lorenzo Esteva, et al. |
| 22-13853 | Securities and Exchange Commission v. Michael Furman |
| 23-12663 | Rene Garcia, et al. v. Executive Director, Florida Commission on Ethics, et al. |
| 23-11759 | Christin Bilotti v. Florida Department of Corrections |
| 23-13027 | Securities and Exchange Commission v. Dean Vagnozzi |
| 23-13874 | Mother Doe v. Grindr, LLC, et al. |
| 24-10397 | Fu Wu v. Chun Liu |
| 23-12178 | Jeremy Jones v. David Ceinski, Jr. |
| 23-14049 | Estate of Richard D. Spizzairri v. Commissioner of Internal Revenue |
| 23-12476 | Ryan Maglana, et al. v. Celebrity Cruises Inc. |
| 23-10643 | United States v. Francisco Louis |
| 23-11700 | United States v. Stevenson Charles |